‹Prob 12C (7/93)

# UNITED STATES DISTRICT COURT
## for
### WESTERN DISTRICT OF TEXAS

FILED
20]5 APR 20 PM 3:26
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Walter Ulises Lemus Morales

Case Number: EP-13-CR-1239FM(1)    M-15-0666-M

United States District Court
Southern District of Texas
FILED
APR 28 2015
David J. Bradley, Clerk

Name of Sentencing Judicial Officer: Frank Montalvo, U.S. District Judge

Date of Original Sentence: November 7, 2013

Original Offense: Illegal Re-entry, a violation of 8 U.S.C. § 1326

Original Sentence: Time-served followed by three (3) years non-reporting supervised release

Type of Supervision: Supervised release

Date Supervision Commenced: November 7, 2013

Assistant U.S. Attorney: Robert Almonte                    Defense Attorney: Edgar H. Holguin

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant shall not commit another federal, state, or local crime during the term of supervision.

> **Nature of Noncompliance:** According to the Criminal Complaint, on April 3, 2015, Walter Ulises Lemus Morales, a citizen and national of El Salvador without immigration documents allowing him to be or remain in the United States legally was arrested by U.S. Border Patrol agents near McAllen, Texas, after having been previously removed from the United States. Lemus Morales did not obtain the express consent of the Attorney General of the United States or his successor, Secretary of Department for Homeland Security to reapply for admission into the United States. The case has been filed in U.S. District Court, Southern District of Texas, McAllen Division, under Dkt. No. 7:15-po-02352.

> On April 16, 2015, Lemus Morales pled guilty to Illegal Entry and was sentenced to one hundred twenty (120) days custody with credit for time served. Lemus Morales remains in federal custody.

Walter Ulises Lemus Morales
Docket No. EP-13-CR-1239FM(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

**Violation Number 2:** If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

**Nature of Noncompliance:** On April 3, 2015, Walter Ulises Lemus Morales, a citizen of El Salvador was found and arrested by U.S. Border Patrol agents near Roma, Texas Port of Entry without legal documents allowing him to be or remain in the United States legally.

**U.S. Probation Officer Recommendation:**

The term of supervision should be

[X] revoked.

[ ] extended for _____ years, for a total term of _____ years.

[ ] modified as follows:

Respectfully submitted,

*Hector Pasillas* (signature)
Hector Pasillas
U.S. Probation Officer
Office: (915) 585-5589
Cellular: (915) 861-8131
Date: April 13, 2015

Approved by,

*J. Anthony Glover* (signature)
J. Anthony Glover
Supervising U.S. Probation Officer
Office: (915) 585-6560
Cellular: (915) 861-8755

---

**THE COURT ORDERS:**

[ ] No action.

[✓] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

*Frank Montalvo* (signature)
Frank Montalvo, U.S. District Judge

4-16-15
Date